

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of I.C.N., a child,       * From the County Court
at Law of Ector County,
Trial Court No. CC-18,693.

No. 11-13-00105-CV                * June 5, 2014

* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the portion of the order that suspends visitation, and we remand the cause to the trial court for it to conduct a hearing at which the trial court should hear evidence to determine whether it is in the best interest of the child to limit visitation, limit all types of access, or to deny access altogether. In all other respects, the judgment of the trial court is affirmed.